| | |
|---|---|
| Linda M. Tirelli, Esq. | **HEARING DATE:** <u>APRIL 8, 2014</u> |
| Garvey Tirelli & Cushner, Ltd. | **HEARING TIME:**<u>10:00AM</u> |
| Attorney for Plaintiff | **RESPONSE DUE BY:** <u>APRIL 3, 2014</u> |
| 50 Main Street, Suite 390 | |
| White Plains NY 10606 | |
| Phone: (914)946-2200/Fax: (914)943-1300 | |
| LindaTirelli@TheGTCFirm.com | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

-------------------------------------------------------------------X

| | |
|---|---|
| **IN THE MATTER OF** | **CHAPTER 13** |
| **CARLOS MOTA,** | **CASE NO: 10-13989(shl)** |
| DEBTOR | |

-------------------------------------------------------------------X

**CARLOS MOTA,**

      Plaintiff

v.         AP # <u>13-01553-alg</u>

**WELLS FARGO BANK, NA, and**

**HSBC BANK USA NATIONAL**
**ASSOCIATION AS TRUSTEE FOR**
**WELLS FARGO ASSET SECURITIES**
**CORPORATION, MORTGAGE**
**PASS-THROUGH CERTIFICATES**
**SERIES 2006-8**
                                                                 **NOTICE OF HEARING**
      Defendants.
-------------------------------------------------------------------X

**NOTICE OF HEARING**
**AND NOTICE OF OPPORTUNITY FOR HEARING**

**TO:    WELLS FARGO BANK, NA**

**PLEASE TAKE NOTICE** that a **"Motion To Deem Admissions Of Fact 'Admitted' and To Deem Document Non-Confidential and Motion To Reopen Discovery"** has been filed by the debtor named above.  A copy of the Motion accompanies this notice.

      <u>**YOUR RIGHTS MAY BE AFFECTED**</u>**.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE**

**IN THIS BANKRUPTCY CASE.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtors in their motion, or if you want the Court to consider your views on the motion, then on or before **April 8, 2014,** you or your attorney must do three (3) things:

1. **File with the court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at:**

    Hon. Judge Allan L. Gropper
    United States Bankruptcy Judge
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, NY 10004

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive on or before the response date of April 3, 2014**.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Linda M. Tirelli, Esq.,
Counsel for the Debtor
Garvey Tirelli & Cushner, Ltd.
Westchester Financial Center
50 Main Street, Suite 390
White Plains, NY 10606

AND

David J. Babel, Esq.
2525 Eastchester Road
Bronx, NY 10469

AND

Jeffrey Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road
White Plains, NY 10603

3.  **You must also attend the hearing scheduled for APRIL 8th, 2014 at 10:00 a.m.** in at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD** and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 25th Day of March 2014.

__/S/ Linda M. Tirelli_____
Linda M. Tirelli, Esq.,
Counsel for the Debtor
Garvey Tirelli & Cushner, Ltd.
Westchester Financial Center
50 Main Street, Suite 390
White Plains, NY 10606
Ph. (914)946-2200
Emai:LindaTirelli@TheGTCFirm.com