**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**
-----------------------------------------------------------------X

| | |
|---|---|
| **IN THE MATTER OF** | **CHAPTER 13** |
| | |
| **CARLOS MOTA,** | **CASE NO: 10-13989(shl)** |
|        **DEBTOR** | |

-----------------------------------------------------------------X

**CARLOS MOTA,**

     **Plaintiff**

**v.**                                          **AP # 13-01553(ALG)**

**WELLS FARGO BANK, NA, and**

**HSBC BANK USA NATIONAL**
**ASSOCIATION AS TRUSTEE FOR**
**WELLS FARGO ASSET SECURITIES**
**CORPORATION, MORTGAGE**
**PASS-THROUGH CERTIFICATES**
**SERIES 2006-8**                               **NOTICE OF WITHDRAWL**

     **Defendants.**

-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF OBJETION TO CLAIM # 3-1
### AND NOTICE OF WITHDRAWAL of ADVERSARY PROCEEDING

1. The Plaintiff  in this case is a Debtor under Chapter 13 of Title 11 of the United States Code in case number 10-13989 (shl) which case was filed on July 24, 2010 and is presently pending before this Court

2. The Plaintiff/ Debtor, Carlos Mota, is the owner of real estate located at 2564 Pearsall Avenue, Bronx, NY 10469.

3. On or about August 19, 2010, Proof of Claim Number 3-1 was filed in the Plaintiff's bankruptcy case identifying the Defendant Wells Fargo Bank N.A. ("Wells Fargo") as

servicer for  HSBC Bank USA, National ssociation as Trustee for the Wells Fargo Asset

Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8 as the creditor

and further identifying Defendant Wells Fargo, as the party to contact for notice

purposes.  (Hereinafter the "Proof of Claim 3-1" or "Claim Number 3-1")

4.  On or about December 8, 2010 the Debtor through counsel filed an objection to Proof of

Claim 3-1. (See ECF Doc. No.18)

5.  On or about October 15, 2014 the Debtor / Plaintiff  through counsel converted the

Motion Objecting to Claims to an Adversary Proceeding via filing a complaint. (See ECF

Doc. No. 86) Said Adversary Complaint was assigned case number

6.  With consent of the Defendants / Respondents, the undersigned hereby withdraws the

Debtor's Motion Objecting to Proof of Claim 3-1 and the Adversary Complaint (AP # 13-

01553 ).

This the 22nd Day of December, 2014.

RESPECTFULLY SUBMITTED,

/s/ Linda M. Tirelli_____
Linda M. Tirelli, Esq.
Garvey Tirelli & Cushner, Ltd.
Of Counsel to David Babel, Esq.
*Attorney for Debtor / Plaintiff*
50 Main Street, Suite 390
White Plains NY 10606

__/s/ Nicole Schiavo_____
Nicole E. Schiavo, Esq.
Hogan Lovells US, LLP
875 Third Avenue
New York, NY 10022
*Attorney for Creditor/Defendant*