UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                              Chapter 13

CARLOS MOTA,
                                                                                       Case No. 10-13989 (JLG)
                        Debtor.
-------------------------------------------------------------------x
CARLOS MOTA,
                                                                                       AP# 13-01553 (JLG)
                        Plaintiff
v.

WELLS FARGO BANK, NA, AND
HSBC BANK AS TRUSTEE FOR
WELLS FARGO ASSET SECURITIES
CORPORATION, MORTGAGE
PASS-THROUGH CERTIFICATES
SERIES 2006-8
                        Defendants.
-------------------------------------------------------------------x

## ORDER DISCONTINUING ADVERSARY PROCEEDING
## AGAINST WELLS FARGO BANK, N.A.

WHEREAS, plaintiff Carlos Mota, filed a complaint against Wells Fargo Bank, N.A., HSBC Bank USA National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-8 on October 15, 2013, pursuant to 11 U.S.C. Section 506(a) and Bankruptcy Rule 3012, to determine the validity of security and creditor's allowed secured claim and complaint for damages, sanctions and injunctive relief; and

WHEREAS, the request to discontinue the adversary proceeding is made by consent of all parties and in accordance with the joint notice filed on December 22, 2014, which appears as ECF Docket 22; and

WHEREAS, the adversary proceeding is hereby discontinued and the Clerk of the Court shall marked the matter closed.

Dated: April 13, 2015
New York, NY

                                      BY THE COURT

                                      */s/ James L. Garrity, Jr.*
                                      Honorable James L. Garrity, Jr.
                                      United States Bankruptcy Judge